JKF

# FILED

**NOV 2 9 2023**

**Mark C. McCartt, Clerk
U.S. DISTRICT COURT**

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF OKLAHOMA

① STEVEN GLASSCOCK
_____
Plaintiff(s)

vs. ③ USPS BIXBY, O/C

② JASON KELSEY
_____
Defendant(s)

Case Number: 23 CV - 5 1 8 GKF - MTS

## COMPLAINT

### A. Parties

1) STEVEN GLASSCOCK , is a citizen of OKLAHOMA
   (Plaintiff)                          (State)

   who presently resides at 6687 E 125TH ST S BIXBY, OK 74008
                            (mailing address if different from residence)

2) Defendant JASON KELSEY is a citizen of BROKEN ARROW, OK
             (Name of first defendant)        (City, State)

   and is employed as POSTMASTER USPS BIXBY, O/C
                      (Position and title, if any)

3) Defendant USPS BIXBY is a citizen of BIXBY, OK
             (Name of second defendant)      (City, State)

   and is employed as POSTAL CARRIER
                      (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

### B. Jurisdiction

1) Jurisdiction is asserted pursuant to:

   _____

   _____

### C. Nature of Case

1) Briefly state the background of your case:

   JASON KELSEY TERMINATED MAIL DELIVERY SERVICES AFTER CONCERNS
   WERE BROUGHT UP REGARDING THE POSTAL CARRIERS ACTIONS.
   BROKEN MAILBOX DOOR, BROKEN ITEMS THROWN ON PORCH, ETC...

### D. Cause of Action

I allege the following:

1. THERE IS A HISTORY OF EVENTS THAT HAVE OCCURED. THE FIRST

Complaint                                1                                ProSe-01 (12/05)

fees pd, 2 summons

ISSUE I HAD WAS THE POSTAL CARRIERS HADLING OF OUR PACKAGES. SHE HAS THROWN SEVERAL PACKAGES ON TO OUR FRONT PORCH FROM TEN FEET AWAY AND FURTHER ON SEPARATE OCCASIONS. SEVERAL ITEMS HAVE BEEN BROKEN AND I WAS UNABLE TO HAVE THOSE ITEMS REPLACED. ONE DAY I STEPPED OUTSIDE AND ASKED HER TO PLEASE REFRAIN FROM THROWING OUR PACKAGES. I TOLD HER ITEMS WERE BEING BROKEN. SHE RESPONDED BY SAYING "OH IT WAS BROKEN ALREADY. I COULD TELL AND I COULD HEAR IT WAS ALREADY BROKEN."

THE NEXT OCCURENCE WAS THE SAME POSTAL CARRIER SLAMMING OUR MAILBOX DOOR SHUT. THIS CAUSED OUR MAILBOX DOOR TO BE BROKEN WHERE THE HINGE ATTACHES TO THE CAST ALUMINUM DOOR. THE DOOR WOULD NO LONGER LATCH WITHOUT MANUALLY LIFTING THE DOOR BACK INTO PLACE. AGAIN, I ASKED HER NOT TO SLAM IT SHUT OR LEAVE OUR DOOR WIDE OPEN WITH EXPOSED MAIL. HER RESPONSE WAS "THESE ARE CHEAP MAILBOXES, THEY ALL BREAK."

THE FINAL OCCURENCE WAS OUTGOING MAIL. I PUT BILLS OUT TO BE MAILED ON A THURSDAY. SHE NEVER PICKED UP THE MAIL. YES, THE FLAG WAS RAISED. THE SATURDAY OF THAT SAME WEEK MY SON HAD A FRIEND OVER. HE WAS PARKED OUT FRONT APPROXIMATEL 15-20 FEET AWAY FROM THE MAILBOX. I WAS IN MY GARAGE WORKING AND NOTICED HER AGAIN NOT STOPPING FOR MAIL. I YELLED OUT GET HER ATTENTION IN AN ATTEMPT TO ASK HER TO TAKE OUR MAIL. SHE RESPONDED BY TELLING ME WE ALWAYS HAVE A VEHICLE IN THE WAY AND SHE'S NOT REQUIRED TO TAKE OUR MAIL. I THEN SAID TO HER "DON'T BE SO RUDE AND LAZY" SHE THEN STORMED UP MY DRIVEWAY INTO MY GARAGE AND STARTED YELLING AT ME IN MY FACE. I THEN TOLD HER TO GET OFF OF MY PROPERTY. TWENTY MINUTES LATER THE POSTMASTER ARRIVES WITH OUR MAIL, HANDS THE MAIL TO ME AND SAYS "WE WILL NO LONGER DELIVER YOUR MAIL. YOU CAN PAY FOR A P.O. BOX OR HAVE YOUR MAIL FORWARDED ELSEWHERE.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

2. _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

_____

3. _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

I AM ONLY ASKING FOR OUR MAIL TO BE DELIVERED TO US IN A CAREFUL AND RESPECTFUL MANNER. THE POSTMASTER CLAIMS THERE IS A PERMANANT BAN ON OUR MAIL BEING DELIVERED AND IT CANNOT BE REVERSED.

_____
Original Signature of Plaintiff

6687 E 125TH ST S
_____
Current Address

BIXBY                          OK      74008
_____
City                          State    ZIP

214-918-2336
_____
Telephone