IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN GLASSCOCK, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 23-CV-00518-GKF-MTS |
| JASON KELSEY and USPS, BIXBY, OKLAHOMA, | ) ) ) ) |
| Defendant. | ) |

### JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

Pursuant to this court's Order of January 29, 2024 [Doc. 8], dismissing the Complaint [Doc. 1] of plaintiff Steven Glasscock for lack of subject matter jurisdiction or, alternatively, pursuant to Federal Rule of Civil Procedure 41(b), it is hereby ordered, adjudged, and decreed that this case is dismissed without prejudice.

ENTERED in Tulsa, Oklahoma this 29th day of January, 2024.



GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE